TOWNSHIP OF PRINCETON v. JULIUS J. BLEIMAN.

October 19, 1976. Petition for certification denied. (See 142 *N. J. Super.* 217)

FRANKLIN ESTATES, INC. v. TOWNSHIP OF EDISON.

October 19, 1976. Petition for certification granted. (See 142 *N. J. Super.* 179)

NEWARK BETH ISRAEL MEDICAL CENTER v. JAMES J. SHEERAN, COMM., DEPT OF INS.

October 19, 1976. Petition for certification denied.

LOUIS ENGLE v. LEO H. SIEGEL.

October 19, 1976. Petition for certification granted.

HALA CLEANERS, INC. v. SUSSEX MUTUAL INSURANCE CO.

October 19, 1976. Petition for certification denied.

HALA CLEANERS, INC. v. SUSSEX MUTUAL INSURANCE CO.

October 19, 1976. Cross-Petition for certification granted.